# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

RODULO ALEXO GARCIA

*CR19-367-11 CRB*

DEFENDANT(S).

---

## SUPERSEDING INFORMATION

21 U.S.C. §§ 841(B) – Illegal Use of a Communication Facility

---

A true bill.

_____
Foreman

Filed in open court this _____ day of

_____.

_____
Clerk

Bail, $ _____

*FILED MAR -5 2020 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA*

| 1 | DAVID L. ANDERSON (CABN 149604) |
| --- | --- |
| 2 | United States Attorney |

**FILED**
MAR -5 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR-367-11 CRB |
| --- | --- |
| Plaintiff, | ) |
| | ) VIOLATION: |
| v. | ) 21 U.S.C. § 843(b) – Illegal Use of a Communication |
| | ) Facility |
| RODULIO ALEXO GARCIA, | ) |
| | ) |
| Defendant. | ) |

<u>SUPERSEDING INFORMATION</u>

The United States Attorney charges:

On June 2, 2019, in the Northern District of California and elsewhere, the defendant,

RODULIO ALEXO GARCIA,

did knowingly and intentionally use a communication facility in committing, causing and facilitating the commission of an act constituting a felony under Title 21, Subchapter I, in violation of Title 21, United States Code, Section 843(b).

DATED: March 5, 2020

DAVID L. ANDERSON
United States Attorney

RYAN REZAEI
Assistant United States Attorney

INFORMATION